UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANH VU NGUYEN,

        Petitioner,

  v.

STATE OF WASHINGTON,

        Respondent.

CASE NO. 2:24-cv-00525-JCC-GJL

**ORDER OF TRANSFER**

    The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold, and the remaining record, does hereby find and ORDER:

(1)    The Court ADOPTS the Report and Recommendation (Dkt. No. 4) and OVERRULES Petitioner's objections (Dkt. No. 5).

(2)    Petitioner's federal habeas Petition is TRANSFERRED to the Ninth Circuit Court of Appeals pursuant to 28 U.S.C. § 1631 and Ninth Circuit Rule 22-3. Petitioner is advised that this transfer does not of itself constitute compliance with 28 U.S.C. § 2244(b)(3) and Ninth Circuit Rule 22-3. Petitioner must still file a motion for leave to proceed in the Court of Appeals and make the showing required by § 2244(b)(2).

(3)  The Clerk is directed to close this case and to transfer all original documents to the Ninth Circuit Court of Appeals. The Clerk shall, however, retain copies of the Petition, the Report and Recommendation, and this Order in the file.

(4)  The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. Grady J. Leupold.

DATED this 27th day of June 2024.

*John C. Coughenour*
UNITED STATES DISTRICT JUDGE